UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO.  06-310

JAMES TERRELL, KIM TERRELL,
RAY FARRIS and NAOMI FARRIS,                                                    PLAINTIFFS,

v.                                        **JUDGMENT**

TECSEC, INC. and
ROBERT L. HALCOMBE,                                                             DEFENDANTS.

**** **** **** ****

In accordance with the Opinion and Order entered contemporaneously with this

Judgment, the Court hereby ORDERS and ADJUDGES as follows:

1)    TecSec, Inc.'s Motion to Dismiss (DE 87) is GRANTED;

2)    the cross-claims by and between the Defendants are DISMISSED without

prejudice;

3)    this judgment is FINAL and APPEALABLE; and

4)    this matter is STRICKEN from the active docket of this Court.

Dated this 19th day of November, 2009.

Signed By:

_Karen K. Caldwell_

**United States District Judge**